# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**PERRY DANIELS**                                                          **PLAINTIFF**

**v.**                                     **No. 4:16-cv-468-DPM**

**RANDELL, Major, Faulkner County
Detention Facility; HUFFMAN, Lieutenant,
Faulkner County Detention Facility, Unit 1;
and ROPER, Sergeant, Faulkner County
Detention Facility, Unit 1**                                    **DEFENDANTS**

## JUDGMENT

Daniels's complaint is dismissed without prejudice.


_____
D. P. Marshall Jr.
United States District Judge

26 August 2016